**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| LENORA PARTLOW, ADMINISTRATRIX OF THE ESTATE OF CALVIN WILSON, JR., | : | No. 207 EM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| KAHLILE GRAY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of February, 2017, the Petition for Review is **DENIED**.